In the Matter of the General Assignment for the Benefit of Creditors of DORLAND, INC., Assignor, to THOMAS E. ZODA et al., Assignees, Respondents. ERNEST DAVIDS, Appellant.

Submitted October 5, 1953; decided October 15, 1953.

*John R. Bartels* for motion.

*A. Alan Reich* and *Howard Shugerman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.